UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 19-190** |
| v. | * | **SECTION: "L"** |
| **MARVIN SIMS** | * | |
| **GERARD BROWN** <br> a/k/a "Twin" | * | |
| **PAUL THOMAS** <br> a/k/a "Paul Smith" | * | |
| **WAYNE BROWN** <br> a/k/a "Bop" | * | |
| **JAMAR ARMSTRONG** <br> a/k/a "Mal" | * | |
| **EDGARDO RUIZ** <br> a/k/a "G | * | |

\* \* \*

# ORDER

Having considered the Government's Motion and Incorporated Memorandum to Unseal the Superseding Indictment and Record;**IT IS HEREBY ORDERED** that the Clerk of Court for the Eastern District of Louisiana unseal the record in the above-captioned matter.

New Orleans, Louisiana, this 27th day of January, 2020.

HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT JUDGE