UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO.: 19-190** |
| v. | * | **SECTION: "L"** |
| **GERARD BUTLER** | * | |
| **ET AL.** | | |
| | * | |

\* \* \*

**ORDER**

Considering the foregoing Unopposed Motion to Continue Pre-Trial Conference and Trial, R. Doc. 83;

**IT IS ORDERED** that the Motion be and is **GRANTED**. The trial in the above-captioned matter presently set for February 10, 2020 at 8:30 a.m. is hereby **CONTINUED** until the 18th day of May, 2020 at 8:30 a.m. and the pretrial conference presently set for February 3, 2020 at 1:30 p.m. is hereby **CONTINUED** until the 11th day of May, 2020 at 1:30 p.m.

This motion is granted after explicitly finding that the ends of justice served by granting this motion outweigh the best interests of the public and the defendant in a speedy trial. The finding is made pursuant to Title 18, United States Code, Sections 3161(h)(7)(A) and (h)(7)(B)(iv).

It is specifically found that failure to grant such a continuance in the case would result in a miscarriage of justice and deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

New Orleans, Louisiana, this 31st day of January, 2020.

_____
UNITED STATES DISTRICT JUDGE