UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 19-190 |
| EDGARDO RUIZ | SECTION "L" |

**ORDER AND REASONS**

The Court has before it Defendant Edgardo Ruiz's Motion to Amend or Correct the Court's Judgment sentencing him to 96 months incarceration pursuant to Federal Rule of Criminal Procedure 35(a). R. Doc. 325. Under Rule 35(a), "within 14 days after sentencing, the court may correct a sentence that resulted from arithmetical, technical, or other clear error." Mr. Ruiz does not point to any arithmetical or technical error in his judgment, but argues essentially that this Court clearly erred by denying his motion for a downward variance or downward departure and sentencing him within the applicable Guidelines range. Defendant asserts that because the Court ordered that he receive credit for time served toward his 96 month sentence, and because Mr. Ruiz "anticipate[s]" that the BOP will not give him any credit toward his federal sentence, the Court ought to correct its "error" and amend the judgment to grant Ruiz a downward variance or departure.

The Court sympathizes with Mr. Ruiz and recognizes that he had a very difficult childhood upbringing. However, given the nature of Mr. Ruiz's crime, which involved conducting the purchase and sale of large quantities of illegal drugs from prison while Mr. Ruiz

was already incarcerated for another offense, the Court denied Mr. Ruiz's motion for a downward departure or variance from the Guidelines range, determining that a guidelines sentence of 96 months was appropriate. To sentence Mr. Ruiz within the guidelines was well within this Court's discretion and does not constitute clear error—and while the Court did order that Ruiz should receive any available credit for time served, the determination of whether any such credit is available rests with the Attorney General through the Bureau of Prisons, not this Court. *See, e.g.*, *Smith v. McConnell*, 950 F.3d 285, 288 (5th Cir. 2020)

Accordingly, Mr. Ruiz had not shown that any arithmetical, technical, or clear error exists in his judgment which must be corrected under Rule 35(a). Ruiz's Motion is therefore **DENIED**.

New Orleans, Louisiana, this 30th day of May, 2023.

_____
United States District Judge